IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00176-BNB

DEBRA ROMERO,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2006

GREGORY C. LANGHAM
CLERK

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Letter to the Court claiming that her civil rights have been violated, that she if suffering in twenty-four hour lock down, and that she desires to initiate a lawsuit. The Court has determined that the document is deficient as described in this Order. Notwithstanding the deficiencies, Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which Plaintiff files in response to this Order must include the civil action number on the Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   X   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   An original and a copy have not been received by the court.
Only an original has been received.
(9)   ___   other _____

**Complaint or Petition:**

(10) __X__ is not submitted
(11) ___ ~~is not on proper form (must use the court's current form)~~
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order.** Any papers which Plaintiff files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, copies of the following forms: Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order,** the Complaint and the action will be dismissed without further notice.

DATED February 3, 2006, at Denver, Colorado.

BY THE COURT:

_s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00176-BNB

Debra Romero
Prisoner No. 1438670
DWCF
PO Box 392005
Denver, CO 802019

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 2/3/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk